DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

PROGRESSIVE SELECT INSURANCE COMPANY,

Appellant,

v.

MONDAMIN WILKINS,

Appellee.

No. 2D23-987

_____

April 5, 2024

Appeal from the Circuit Court for Pasco County; Kimberly Sharpe Byrd, Judge.

Nicholas R. Consalvo of Boyd & Jenerette, P.A., Boca Raton and Kansas R. Gooden of Boyd & Jenerette, P.A., Miami, for Appellant.

Peter A. Sartes and JD Patel of Tragos Sartes & Tragos, Clearwater, for Appellee.

PER CURIAM.

   Affirmed.

LaROSE and LUCAS, JJ., and CASE, JAMES R., ASSOCIATE SENIOR JUDGE, Concur.

_____

Opinion subject to revision prior to official publication.